AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>MASON, MICHAEL T. | **2. Court or Organization**<br><br>NORTHERN DIRICT OF ILLINOIS | **3. Date of Report**<br><br>09/02/2016 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE [FULL] | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

219 S. DEARBORN STREET
ROOM 2270
CHICAGO, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | COOK COUNTY COURT SYSTEM - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 09/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | C | Int./Div. | M | T | | | | | |
| 2. COMMON STOCK: | A | Dividend | J | T | | | | | |
| 3. ABBOTT LABS COM | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 4. ABBVIE INC COM | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 5. APPLE INC COM | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 6. ATandT INC COM | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 7. BANK MONTREAL | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 8. CARMAX INC COM | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 9. COCA COLA CO COM | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 10. EBAY INC COM | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 11. HOME DEPOT INC | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 12. JOHNSON AND JOHNSON | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 13. LOWES COS INC COM | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 14. KRAFT HEINZ CO COM | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 15. MATTEL INC COM | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 16. MEAD JOHNSON NUTRITION CO COM | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 17. MICROSOFT CORP COM | A | Dividend | J | T | Buy | 03/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 09/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA FIDELITY CASH ACCOUNT | A | Dividend | J | T | | | | | |
| 19. PIMCO DEVELOPING LOCAL MKT D | A | Dividend | J | T | | | | | |
| 20. TCW TOTAL RETURN BOND FUND | A | Dividend | J | T | | | | | |
| 21. WESTERN ASSET COREPLUS | A | Dividend | | | Sold | 03/13/15 | J | | |
| 22. ALGER FD SM CAP PTFLO A | A | Dividend | J | T | | | | | |
| 23. ASTON/RIVER ROAD SMALL CAP VALUE | A | Dividend | | | Sold | 03/13/15 | J | | |
| 24. DELAWARE VALUE A | A | Dividend | J | T | | | | | |
| 25. FIDELITY SPARTAN US EQUITY INDEX ADV CLASS | A | Dividend | J | T | | | | | |
| 26. T ROWE PRICE GROWTH STOCK | A | Dividend | | | Sold | 03/13/15 | J | | |
| 27. TCW DIVIDEND FOCUSED | A | Dividend | | | Sold | 03/13/15 | J | | |
| 28. TURNER MIDCAP GROWTH | A | Dividend | | | Sold | 03/13/15 | J | | |
| 29. VICTORY DIVERSIFIED STOCK | A | Dividend | | | Sold | 03/13/15 | J | | |
| 30. DWS REEF GLOBAL REAL ESTATE FUND | A | Dividend | J | T | | | | | |
| 31. LEUTHOLD ASSET ALLOCATION | A | Dividend | | | Sold | 08/19/15 | J | | |
| 32. LISTED PRIVATE EQUITY FUND A | A | Dividend | | | Sold | 08/19/15 | J | | |
| 33. MERGER FUND | | | J | T | | | | | |
| 34. GUGGENHEIM OCEAN TOMO PATENT | A | Dividend | J | T | Buy (add'l) | 03/13/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 09/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GUGGENHEIM RAYMOND JAMES SB-1 EQUITY | A | Dividend | J | T | Buy (add'l) | 03/13/15 | J | | |
| 36. GUGGENHEIM TF INSIDER SENTIMENT ETF | A | Dividend | | | Sold | 08/19/15 | J | | |
| 37. TURNER QUANTITIVE BROAD MRKT EQ INSTL | A | Dividend | | | Sold | 03/13/15 | J | | |
| 38. VANGUARD INDEX FDS VANGUARD TOTAL STK MK | A | Dividend | | | Sold | 08/19/15 | J | | |
| 39. DREYFUS BOND MARKET INDEX | A | Dividend | | | Sold | 08/19/15 | J | | |
| 40. COLUMBIA SELECT LARGE CAP GROWTH | A | Dividend | | | Sold | 08/19/15 | J | | |
| 41. WASATCH EMERGING MKTS SMALL CP | A | Dividend | J | T | | | | | |
| 42. WASATCH INTL OPPORTUNITIES | A | Dividend | | | Sold | 08/19/15 | J | | |
| 43. JANUS ADVISOR FORTY (Y) | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. IRA #2 | | | | | | | | | |
| 46. IRA FIDELITY CASH ACCOUNT | A | Dividend | | | Closed | 03/13/15 | J | | |
| 47. WESTERN ASSET COREPLUS | A | Dividend | | | Sold | 03/13/15 | J | | |
| 48. ASTON/RIVER ROAD SMALL CAP VALUE | A | Dividend | J | T | | | | | |
| 49. DELAWARE VALUE A | A | Dividend | | | Sold | 03/13/15 | J | | |
| 50. RIVERNORTH CORE OPPORTUNITY FUND | A | Dividend | J | T | | | | | |
| 51. T ROWE PRICE GROWTH STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 09/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TURNER MIDCAP GROWTH | A | Dividend | J | T | | | | | |
| 53. VICTORY DIVERSIFIED STOCK | A | Dividend | | | Sold | 08/19/15 | J | | |
| 54. | | | | | | | | | |
| 55. TRUST #1 | | | | | | | | | |
| 56. COMMON STOCK: | | | | | | | | | |
| 57. MCDONALDS CORP | A | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 58. SPDR TR UNIT SER 1 | | None | L | T | | | | | |
| 59. PHILIP MORRIS INTL IN | | None | J | T | | | | | |
| 60. T ROWE PRICE INTL FDS EMRG | | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 61. ISHARES TR RUSSELL 1000 GROWTH INDEX | | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 62. ISHARES TR FTSE XINHUA HK CHINA 25 INDEX/464287184 | | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 63. ISHARES TR RUSSELL 1000 VALUE INDEX FD | | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 64. ISHARES GOLD TRUST ISHARES ISIN #US46428 464285105 | A | Dividend | J | T | | | | | |
| 65. BONDS: | | | | | | | | | |
| 66. ILLINOIS STATE COLLEGE SAVINGS G/O RFGD | | | J | T | | | | | |
| 67. MINNEAPOLIS,MN COMMUNITY DEVELOPMENT AGENCY | | None | K | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 09/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MONEY MARKET FUNDS: | | | | | | | | | |
| 70. CEF TAX EXEMPT MONEY MARKET PORTFOLIO | A | Dividend | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. ACCOUNTS: | | | | | | | | | |
| 73. CITI BANK | A | Interest | L | T | | | | | |
| 74. NORTHERN TRUST BANK | A | Interest | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. TRUST #3 | | | | | | | | | |
| 77. WELLS FARGO BANK | A | Distribution | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 09/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MASON, MICHAEL T. | 09/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MICHAEL T. MASON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544